First Citizens Bank and Trust Company of Utica, as Trustee, etc., Respondent, v. Saranac River Power Corporation and Central Hanover Bank and Trust Company of New York, as Successor Trustee, etc., Defendants. Central Hanover Bank and Trust Company of New York, as Successor Trustee, etc., Respondent, v. Saranac River Power Corporation and First Citizens Bank and Trust Company of Utica, as Trustee, etc., Defendants. Russel S. Johnson, Appellant.— On the appeal appellant Johnson is reviewing an order of the court at Special Term surcharging his accounts to the extent of $7,623.72, as receiver of the mortgaged properties involved in these actions. He is also seeking to review two other orders denying him the same relief. He has also appealed from a second order denying his application for leave to intervene as a defendant or as *amicus curiæ* in those actions. A former order of the Special Term denying a like application was affirmed by this court (243 App. Div. 843). The proof amply sustains the order of surcharge. Appellant should not be permitted to intervene in these actions in any capacity. Orders unanimously affirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

John Yusko, Respondent, v. Mary Wyshnovski (Tony Mieske, Executor, etc., of Mary Wyshnovski, Substituted by Order of the Supreme Court), Appellant. — Appeal from a judgment after a jury trial. Defendant had contracted to will her house to plaintiff in consideration for support, clothing and care to be given her during life, plaintiff and his family to occupy the house during defendant's life and to care for her there. After a few months defendant demanded that plaintiff and his family vacate the house. She also destroyed the will that had been made in his favor. The action was brought to recover on *quantum meruit*. The evidence sustains the verdict. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.